UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARVIN RAY SPEARS,

    Plaintiff,

vs.                               Case No. 03-CV-2961-B/P

CANADIAN NATIONAL/ILLINOIS
CENTRAL RAILROAD f/k/a
ILLINOIS CENTRAL RAILROAD,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECOND SUPPLEMENTAL MEMORANDUM

    Before the court is Plaintiff's Motion for Extension of Time in which to submit an additional reply memorandum to Defendant's Second Supplemental Memorandum in Support of its Motion for Summary and/or Motion to Dismiss, pursuant to the Court's Order entered May 11, 2005 directing the parties to submit additional briefs, and it appearing to the Court that, by agreement of the parties and for good cause shown, the Motion for Extension of Time should be GRANTED; accordingly, the Plaintiff is granted two (2) weeks, through and including June 27, 2005, in which to submit an additional reply brief.

    It is so ORDERED.

                                                     J. BREEN
                                                     United States District Judge

                                                     June 17, 2005
                                                     Date



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02961 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

John M. Moore
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

W. Bradley Gilmer
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Marvin Ray Spears
6912 Poplar
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT