UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -4  PM 12: 08
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MARVIN RAY SPEARS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD, f/k/a ILLINOIS CENTRAL RAILROAD, | CASE NO: 2:03-2961-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on August 3, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/4/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-4-05

49

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02961 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

John M. Moore
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

W. Bradley Gilmer
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Marvin Ray Spears
6912 Poplar
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT