UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE

WESTERN DIVISION

THOMAS M. GOULD
CLERK OF COURT

05 AUG 25  AM 10: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

August 25, 2005

RE:    MARVIN RAY SPEARS vs.  CANADIAN NATIONAL/ILLINOIS CENTRAY
ROADROAD
03-2961-B

Dear Counsel:

It appears that in the above referenced cause the parties are unable to agree on the taxation of costs.

Therefore, pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, you are hereby notified that the Clerk of Court will tax costs on <u>Thursday, October13, 2005 @ 10:30 a.m.,</u> in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of any law the parties wish to submit, but such submissions must be received no later than one week prior to the scheduled hearing.  Your appearance at this hearing and your submission of relevant case citations is completely optional, and a party's or counsel's decision to not appear or to not submit relevant citations will not adversely affect the Clerk of Court's evaluation of how costs should be assessed.

Sincerely,

Thomas M. Gould, Clerk of Court

by: Earline Drayer
Deputy Clerk

/ehg
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02961 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

John M. Moore
KIRKPATRICK MOORE & WESTBROOK
100 N. Main Street
Ste. 2900
Memphis, TN 38103

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Marvin Ray Spears
6912 Poplar
Germantown, TN 38138

W. Bradley Gilmer
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Thomas M. Gould
U.S. DISTRICT COURT
242 Federal Bldg.
167 No. Main St.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT